IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

TARA ALDEN,

        Plaintiff,

v.                                    CIVIL ACTION NO. 2:18-cv-01420

DOMINIC VIRAMETHI,

        Defendant.

## ORDER

This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On April 9, 2019, Magistrate Judge Tinsley submitted his Proposed Findings and Recommendation [ECF No. 4] ("PF&R"), recommending the court dismiss this civil action for lack of subject matter jurisdiction and deny the Application to Proceed without Prepayment of Fees and Costs [ECF No. 1]. The deadline to file objections to the PF&R has passed, and, to date, no objections have been filed.

Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **DISMISSES** this civil action for lack of subject matter jurisdiction and **DENIES** the Application to Proceed without Prepayment of Fees and Costs [ECF No. 1].

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: May 2, 2019

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE